UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SABINO OSWALDO LUIS LUIS <br> Plaintiff(s), <br><br> v. <br><br> PATRICIA HYDE, MICHAEL KROL, TODD LYONS, and KRISTI NOEM <br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 26-10558-JEK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Electronic Order dated February 11, 2026, [ECF 15], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Sabino Oswaldo Luis Luis.

Dated: March 19, 2026

/s/ Haley Currie

Deputy Clerk